IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 1:17-cr-030 |
| v. ) | |
| ) | ENHANCEMENT INFORMATION |
| JEREMY STROM, ) | AND NOTICE OF PRIOR |
| ) | CONVICTION(S) |
| Defendant. ) | |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys, pursuant to Title 21, United States Code, Section 851(a)(1), and hereby notifies defendant, JEREMY STROM, that he is subject to an increased penalty pursuant to Title 21, United States Code, Sections 841(b)(1)(A), because of one or more prior felony drug convictions, to wit:

> On or about February 21, 2008, defendant was convicted of a felony drug offense in Pottawattamie County, Iowa, that being, Controlled Substance Violation in violation of Iowa Code § 124.401(1)(c), a C Felony, and was sentenced on or about this date to a term of imprisonment of 10 years.

Respectfully submitted,

Kevin E. VanderSchel
United States Attorney

BY:  */s/ Katherine A. McNamara*
Katherine A. McNamara
Jason T. Griess
Assistant United States Attorneys
Southern District of Iowa
P.O. Box 1887
Council Bluffs, Iowa 51502
Tel: 712-256-5104
Katherine.McNamara@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2017, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system. I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

\_\_\_\_U.S. Mail \_\_\_\_\_ Fax \_\_\_\_\_Hand Delivery

\_\_X\_\_ECF/Electronic filing \_\_\_\_Other means

UNITED STATES ATTORNEY

By: /s/ PAC_____,
    Paralegal Specialist